UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THE KROGER CO., | : | Case No.: C-1-02-439 |
| | : | |
| Plaintiff, | : | Beckwith, J. |
| | : | Sherman, M.J. |
| | : | |
| v. | : | **STIPULATED EXTENSION OF TIME FOR** |
| | : | **PLAINTIFF TO PROVIDE EXPERT** |
| | : | **REPORTS** |
| MALEASE FOODS CORP., | : | |
| | : | |
| Defendant. | : | |

Plaintiff The Kroger Co. ("Kroger") and Defendant Malease Foods Corp. ("Malease") hereby stipulate to a fifteen-day extension of time for Kroger to provide expert reports to Malease in this case. Expert reports are now due on October 30, 2003.

```
                                            /s/ Scott D. Phillips
                                          Scott D. Phillips  (0043654)
                                          Trial Attorney for Plaintiff
                                          FROST BROWN TODD LLC
                                          2200 PNC Center
                                          201 East Fifth Street
                                          Cincinnati, Ohio 45202
                                          (513) 651-6983


                                          _____
                                          Robert W. Cinque, Esq.
                                          Attorney for Defendant
                                          Cinque & Cinque
                                          845 3rd Avenue, Suite 1400
                                          New York, NY  10022
```

CINlibrary/1334519.1