ID:021129motprohacvice

FILED
KENNETH J. MURPHY
CLERK

03 OCT 15 PM 3:20

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE KROGER CO. | CASE NO. C-1-02-439 |
| Plaintiff | |
| | Judge Beckwith |
| vs. | |
| MALEASE FOODS CORP., formerly known as MALESE FOODS CORP. | **MOTION FOR ADMISSION *PRO HAC VICE* FOR ADDITIONAL COUNSEL FOR DEFENDANT** |
| Defendant | |

Pursuant to S.D. Ohio Civ. R. 83.5(d), R. Gary Winters, counsel for defendant Malease Foods Corp. hereby moves the Court to permit Robert W. Cinque, CINQUE & CINQUE, 845 Third Avenue, New York, New York 10022, to appear in this matter as additional counsel for defendant Malease Foods Corp. A Certificate of Good Standing is attached for Robert W. Cinque.

Respectfully submitted.

_____
R. Gary Winters  0018680
Counsel for Defendant Malease Foods Corp.
McCASLIN, IMBUS & McCASLIN
Suite 900 Provident Bank Building
632 Vine Street
Cincinnati, OH  45202-2442
(513) 421-4646

McCASLIN, IMBUS
& McCASLIN
A LEGAL PROFESSIONAL ASSOCIATION
632 VINE STREET, SUITE 900
CINCINNATI, OHIO 45202-2442

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was mailed this /5 day of ___Oct___, 2003 to:

Scott Phillips, Esq.
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
Attorney for Plaintiff

McCaslin, Imbus & McCaslin

By /s/ Henry Winters

McCASLIN, IMBUS
& McCASLIN
A LEGAL PROFESSIONAL ASSOCIATION
632 VINE STREET, SUITE 900
CINCINNATI, OHIO 45202-2442