# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__ROBERT W. CINQUE__, Bar # __RC2100__

was duly admitted to practice in this Court on

__JANUARY 8th, 1970__, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
          New York, New York                on   SEPTEMBER 25th, 2003

J. MICHAEL McMAHON, Clerk                by: _____
          Clerk                                      Deputy Clerk