```
Wed Oct 15 15:01:22 2003

    UNITED STATES DISTRICT COURT
        CINCINNATI, OH

Receipt No.   100 420547
Cashier        ah1

Tender Type  CHECK

Check Number: 037572

Transaction Type  C

Case No./Def No. 1:03-LB-ATTY  /  1

DO Code    Pty No.      Acct
 4661         1        6855XX

Amount          $    50.00

MCCASLIN IMBUS

PRO HAC/02-439/CINDLE
```

```
Wed Oct 15 15:01:22 2003

Check No. 037572
Amount    $
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```