UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

The Kroger Company,
    Plaintiff

v.                                                  Case No. C-1-02-439

Malease Foods Corporation,
    Defendant

**ORDER**

This matter is before the Court on Defendant's Motion for Admission of attorney Robert W. Cinque (Doc. 28).

**IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorney Robert W. Cinque is hereby admitted to practice pro hac vice as co-counsel on behalf of Defendant.

October 20, 2003                          s/Sandra S. Beckwith
Date                                      Sandra S. Beckwith
                                          United States District Judge