UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| The Kroger Co., | : | Case No.: 0-1-02 439 |
| | : | |
| Plaintiff, | : | Beckwith, J. |
| | : | Sherman, M.J. |
| v. | : | |
| | : | |
| Malese Foods Corp., formerly | : | **STIPULATION** |
| known as Malese Foods Corp., | : | |
| | : | |
| Defendant. | : | |

_____

It is hereby stipulated and agreed by and between the undersigned attorneys for the parties hereto that subject to the approval of the Court, the Calendar Order entered herein on April 29, 2003 be amended so as to extend the discovery deadline from February 1, 2004 to February 27, 2004.

DATED: JANUARY 14, 2004

McCASLIN, IMBUS & McCASLIN

s/s R. Gary Winters
R. Gary Winters 0018680
Attorneys for Defendant
Suite 900 Provident Bank Building
632 Vine Street
Cincinnati, Ohio 45202-2442
Telephone No.: (513) 421-4646
Telefax No.:   (513) 421-7929
rgwinters@mimlaw.com

FROST BROWN TODD, LLC
s/s R. Gary Winters
per e-mail authorization 1/9/04
Douglas R. Dennis
Attorneys for Plaintiff
2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio 45202-4182