# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| The Kroger Co., | : | Case No.: C-1-02 439 |
| | : | |
| Plaintiff, | : | Judge Beckwith |
| | : | |
| v. | : | |
| | : | **DEFENDANT'S MOTION FOR LEAVE** |
| Malease Foods Corp., formerly | : | **FOR EXTENSION OF TIME TO FILE** |
| known as Malese Foods Corp., | : | **MOTION FOR SUMMARY JUDGMENT** |
| | : | |
| Defendant. | : | |

_____

Pursuant to the S.D. of Ohio Civ. R. 6.1 and 7.3 and for the reasons set forth in the attached memorandum, Defendant Malease Foods Corp. moves the Court for an extension of time to April 12, 2004 in which to file its motion for summary judgment herein.

Respectfully submitted,

/s/ R. Gary Winters
R. Gary Winters  0018680
McCASLIN, IMBUS & McCASLIN
Suite 900 Provident Bank Building
632 Vine Street
Cincinnati, OH  45202-2442
(513) 421-4646 Telephone
(513) 421-7929 Facsimile
rgwinters@mimlaw.com

        Robert W. Cinque, Esq.
        Cinque & Cinque, P. C.
        845 Third Avenue, Suite 1400
        New York, New York 10022
        Telephone #:  (212) 759-5515
        Facsimile #:  (212) 759-7737
        CINQUE845@aol.com

        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of March, 2004 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        s/ R. Gary Winters
        R. Gary Winters   0018680
        Attorney for Defendant
        Suite 900 Provident Building
        632 Vine Street
        Cincinnati, OH 45202-2442
        (513) 421-4646 Telephone
        (513) 421-7929 Facsimile
        rgarywinters@zoomtown.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| The Kroger Co., | : | Case No.: C-1-02 439 |
| | : | |
| Plaintiff, | : | Judge Beckwith |
| | : | |
| v. | : | **MEMORANDUM IN SUPPORT OF** |
| | : | **DEFENDANT'S MOTION FOR LEAVE** |
| Malese Foods Corp., formerly | : | **FOR EXTENSION OF TIME TO FILE** |
| known as Malese Foods Corp., | : | **MOTION FOR SUMMARY JUDGMENT** |
| | : | |
| Defendant. | : | |

_____

Pursuant to the Court's Calendar Order of April 29, 2003, a dispositive motion deadline was established for March 1, 2004. However, due to unavoidable delays in the scheduling of several depositions, defendant was unable to conclude necessary discovery and prepare its motion by that date. Accordingly, defendant requests an extension to April 12, 2004 to file its motion for summary judgment herein. Counsel for plaintiff has been advised of defendant's desire, and has advised defense counsel that they have no objection to this extension.

Accordingly, for the reasons stated herein, defendant Malese Foods

Corporation requests that its motion for additional time be granted. The extension will not delay the expeditious resolution of this matter, and will not prejudice the plaintiff.

Respectfully submitted,

/s/ R. Gary Winters
R. Gary Winters  0018680
McCASLIN, IMBUS & McCASLIN
Suite 900 Provident Bank Building
632 Vine Street
Cincinnati, OH  45202-2442
(513) 421-4646 Telephone
(513) 421-7929 Facsimile
rgwinters@mimlaw.com

Robert W. Cinque, Esq.
Cinque & Cinque, P. C.
845 Third Avenue, Suite 1400
New York, New York 10022
Telephone #: (212) 759-5515
Facsimile #: (212) 759-7737
CINQUE845@aol.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 11th day of March, 2004 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      s/ R. Gary Winters
R. Gary Winters   0018680
Attorney for Defendant
Suite 900 Provident Building
632 Vine Street
Cincinnati, OH 45202-2442
(513) 421-4646 Telephone
(513) 421-7929 Facsimile
rgarywinters@zoomtown.com