```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF OHIO
 3   WESTERN DIVISION
 4   THE KROGER CO.,                    :
                                        :
 5                  Plaintiff,          :
                                        :
 6          vs.                         : Case No. 0-1-02-439
                                        :
 7   MALEASE FOODS CORP., formerly      :
     known as MALEASE FOODS CORP.,      :
 8                                      :
                    Defendants.         :
 9   ---------------------------------
10
11
            DEPOSITION OF JAMES D. PRICE
12
                 New York, New York
13
              Thursday, January 22, 2004
14
15
16
17
18
19
20
21
22
23
24   Reported by:
     Kathy S. Klepfer, RMR
25   Job No. 732
```

Page 186

1     J. Price 1/21/04
2     LK2 is a letter dated September 17,
3   2001, marked yesterday at the Kadish deposition.
4   It consists of two pages. It's a letter of
5   yours September 17 to Kadish, and then attached
6   is a September 13, 2001 letter.
7         (Defendant's Exhibit P, a letter dated
8         9/17/01 to L. Kadish from J. Price, marked
9         for identification, as of this date.)
10    Q.   The first page, the September 17, 2001
11  letter to Kadish, simply says in one sentence:
12  "Dear Larry: I received the attached letter
13  this morning from my friend Jim Hodge at Kroger.
14  Please read it and advise." You wrote that,
15  right?
16    A.   I did.
17    Q.   You don't say anything in there about
18  your role in the transaction that has just
19  closed, right?
20    A.   I don't.
21    Q.   You don't tell him that you were an
22  advisor who received a hundred thousand dollars,
23  right?
24    A.   I didn't, no.
25    Q.   Now, when you wrote this letter, were

Page 187

1     J. Price 1/21/04
2   you attempting to lead Kadish to believe that
3   you had just that day, that morning, found out
4   from your friend Jim Hodge that Kroger had made
5   the purchase?
6     A.   No.
7     Q.   No. Let's look at the letter that's
8   attached. September 13, 2001, Jim Hodge to
9   James Price.
10         This is same Jim Hodge that you had
11  been dealing with since you were retained in
12  June of 2000, correct?
13    A.   It was.
14    Q.   Right. And you received a hundred
15  thousand dollars the latter part of August,
16  about two to three weeks before September 13th,
17  right?
18    A.   I did.
19    Q.   Right, that was your fee.
20         Now let's look at the letter. It
21  starts off, he's telling you, "Dear Jim: I
22  wanted to advise you that on July 24, 2001, the
23  Kroger Company purchased the three properties
24  owned by the Merrill-Lynch-sponsored limited
25  partnership Balkhouse Associates."

Page 188

1     J. Price 1/21/04
2     You see that?
3     A.   Yeah.
4     Q.   Was that news to you --
5     A.   No.
6     Q.   -- when he told you on September 13th
7   "I wanted to tell you"?
8     A.   Oh, I think just a style of writing.
9   I have --
10    Q.   I asked you if it was news to you,
11  sir?
12    A.   No. No, it was not, no.
13    Q.   Isn't it true that you and Hodge got
14  together and you said, Hodge, the only way I can
15  help you is, I can't possibly tell Kadish of my
16  involvement. Therefore, I want you to write me
17  a letter that looks like you're giving me news I
18  never had before?
19    A.   No.
20    Q.   Isn't that what you tried to?
21    A.   No.
22         MR. PHILLIPS: Objection,
23  argumentative.
24    A.   I never did that.
25    Q.   So when he writes to you on September

Page 189

1     J. Price 1/21/04
2   13th and says, "I wanted to advise you that on
3   July 24, 2001, Kroger bought," did you write him
4   back and say: What, have you lost your mind?
5   You guys just paid me a hundred grand a couple
6   of weeks ago. I know that it closed.
7         Did you ever write him back and say
8   that, in words or substance?
9         MR. PHILLIPS: Argumentative.
10  Objection.
11        Go ahead.
12    A.   No.
13    Q.   No. And the reason you didn't do that
14  is you wanted Kadish -- you wanted to dupe
15  Kadish, didn't you?
16    A.   No.
17        MR. PHILLIPS: Objection.
18    A.   No.
19    Q.   Did you have any involvement with
20  Hodge in the preparation of the text of this
21  letter?
22    A.   Might have discussed it on the phone.
23  I don't remember.
24    Q.   And did you discuss with him the way
25  it would be framed to make it look like he was

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF OHIO
 3   WESTERN DIVISION
 4   THE KROGER CO.,                     :
                                         :
 5                   Plaintiff,          :
                                         :
 6         vs.                           : Case No. 0-1-02-439
                                         :
 7   MALEASE FOODS CORP., formerly       :
     known as MALEASE FOODS CORP.,       :
 8                                       :
                     Defendants.         :
 9   ---------------------------------
10
11
             DEPOSITION OF JAMES D. PRICE
12
                  New York, New York
13
              Thursday, January 22, 2004
14
15
16
17
18
19
20
21
22
23
24   Reported by:
     Kathy S. Klepfer, RMR
25   Job No. 732
```

### Page 186

J. Price 1/21/04

1  LK2 is a letter dated September 17,
2  2001, marked yesterday at the Kadish deposition.
3  It consists of two pages. It's a letter of
4  yours September 17 to Kadish, and then attached
5  is a September 13, 2001 letter.
6  (Defendant's Exhibit P, a letter dated
7  9/17/01 to L. Kadish from J. Price, marked
8  for identification, as of this date.)
9  Q. The first page, the September 17, 2001
10 letter to Kadish, simply says in one sentence:
11 "Dear Larry: I received the attached letter
12 this morning from my friend Jim Hodge at Kroger.
13 Please read it and advise." You wrote that,
14 right?
15 A. I did.
16 Q. You don't say anything in there about
17 your role in the transaction that has just
18 closed, right?
19 A. I don't.
20 Q. You don't tell him that you were an
21 advisor who received a hundred thousand dollars,
22 right?
23 A. I didn't, no.
24 Q. Now, when you wrote this letter, were

### Page 187

J. Price 1/21/04

1  you attempting to lead Kadish to believe that
2  you had just that day, that morning, found out
3  from your friend Jim Hodge that Kroger had made
4  the purchase?
5  A. No.
6  Q. No. Let's look at the letter that's
7  attached. September 13, 2001, Jim Hodge to
8  James Price.
9  This is same Jim Hodge that you had
10 been dealing with since you were retained in
11 June of 2000, correct?
12 A. It was.
13 Q. Right. And you received a hundred
14 thousand dollars the latter part of August,
15 about two to three weeks before September 13th,
16 right?
17 A. I did.
18 Q. Right, that was your fee.
19 Now let's look at the letter. It
20 starts off, he's telling you, "Dear Jim: I
21 wanted to advise you that on July 24, 2001, the
22 Kroger Company purchased the three properties
23 owned by the Merrill-Lynch-sponsored limited
24 partnership Balkhouse Associates."

### Page 188

J. Price 1/21/04

1  You see that?
2  A. Yeah.
3  Q. Was that news to you --
4  A. No.
5  Q. -- when he told you on September 13th
6  "I wanted to tell you"?
7  A. Oh, I think just a style of writing.
8  I have --
9  Q. I asked you if it was news to you,
10 sir?
11 A. No. No, it was not, no.
12 Q. Isn't it true that you and Hodge got
13 together and you said, Hodge, the only way I can
14 help you is, I can't possibly tell Kadish of my
15 involvement. Therefore, I want you to write me
16 a letter that looks like you're giving me news I
17 never had before?
18 A. No.
19 Q. Isn't that what you tried to?
20 A. No.
21 MR. PHILLIPS: Objection,
22 argumentative.
23 A. I never did that.
24 Q. So when he writes to you on September

### Page 189

J. Price 1/21/04

1  13th and says, "I wanted to advise you that on
2  July 24, 2001, Kroger bought," did you write him
3  back and say: What, have you lost your mind?
4  You guys just paid me a hundred grand a couple
5  of weeks ago. I know that it closed.
6  Did you ever write him back and say
7  that, in words or substance?
8  MR. PHILLIPS: Argumentative.
9  Objection.
10 Go ahead.
11 A. No.
12 Q. No. And the reason you didn't do that
13 is you wanted Kadish -- you wanted to dupe
14 Kadish, didn't you?
15 A. No.
16 MR. PHILLIPS: Objection.
17 A. No.
18 Q. Did you have any involvement with
19 Hodge in the preparation of the text of this
20 letter?
21 A. Might have discussed it on the phone.
22 I don't remember.
23 Q. And did you discuss with him the way
24 it would be framed to make it look like he was

Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF OHIO
 3    WESTERN DIVISION
 4    THE KROGER CO.,                    :
                                         :
 5                 Plaintiff,            :
                                         :
 6         vs.                           : Case No. 0-1-02-439
                                         :
 7    MALEASE FOODS CORP., formerly      :
      known as MALEASE FOODS CORP.,      :
 8                                       :
                   Defendants.           :
 9    ----------------------------------
10
11
             DEPOSITION OF JAMES D. PRICE
12
                  New York, New York
13
             Thursday, January 22, 2004
14
15
16
17
18
19
20
21
22
23
24    Reported by:
      Kathy S. Klepfer, RMR
25    Job No. 732
```

TSG REPORTING, INC.   212-702-9580

Page 186

J. Price 1/21/04

1  
2 LK2 is a letter dated September 17,
3 2001, marked yesterday at the Kadish deposition.
4 It consists of two pages. It's a letter of
5 yours September 17 to Kadish, and then attached
6 is a September 13, 2001 letter.
7     (Defendant's Exhibit P, a letter dated
8     9/17/01 to L. Kadish from J. Price, marked
9     for identification, as of this date.)
10   Q.   The first page, the September 17, 2001
11 letter to Kadish, simply says in one sentence:
12 "Dear Larry: I received the attached letter
13 this morning from my friend Jim Hodge at Kroger.
14 Please read it and advise." You wrote that,
15 right?
16   A.   I did.
17   Q.   You don't say anything in there about
18 your role in the transaction that has just
19 closed, right?
20   A.   I don't.
21   Q.   You don't tell him that you were an
22 advisor who received a hundred thousand dollars,
23 right?
24   A.   I didn't, no.
25   Q.   Now, when you wrote this letter, were

Page 187

J. Price 1/21/04

1  
2 you attempting to lead Kadish to believe that
3 you had just that day, that morning, found out
4 from your friend Jim Hodge that Kroger had made
5 the purchase?
6   A.   No.
7   Q.   No. Let's look at the letter that's
8 attached. September 13, 2001, Jim Hodge to
9 James Price.
10     This is same Jim Hodge that you had
11 been dealing with since you were retained in
12 June of 2000, correct?
13   A.   It was.
14   Q.   Right. And you received a hundred
15 thousand dollars the latter part of August,
16 about two to three weeks before September 13th,
17 right?
18   A.   I did.
19   Q.   Right, that was your fee.
20     Now let's look at the letter. It
21 starts off, he's telling you, "Dear Jim: I
22 wanted to advise you that on July 24, 2001, the
23 Kroger Company purchased the three properties
24 owned by the Merrill-Lynch-sponsored limited
25 partnership Balkhouse Associates."

Page 188

J. Price 1/21/04

1  
2     You see that?
3   A.   Yeah.
4   Q.   Was that news to you --
5   A.   No.
6   Q.   -- when he told you on September 13th
7 "I wanted to tell you"?
8   A.   Oh, I think just a style of writing.
9 I have --
10   Q.   I asked you if it was news to you,
11 sir?
12   A.   No. No, it was not, no.
13   Q.   Isn't it true that you and Hodge got
14 together and you said, Hodge, the only way I can
15 help you is, I can't possibly tell Kadish of my
16 involvement. Therefore, I want you to write me
17 a letter that looks like you're giving me news I
18 never had before?
19   A.   No.
20   Q.   Isn't that what you tried to?
21   A.   No.
22     MR. PHILLIPS: Objection,
23 argumentative.
24   A.   I never did that.
25   Q.   So when he writes to you on September

Page 189

J. Price 1/21/04

1  
2 13th and says, "I wanted to advise you that on
3 July 24, 2001, Kroger bought," did you write him
4 back and say: What, have you lost your mind?
5 You guys just paid me a hundred grand a couple
6 of weeks ago. I know that it closed.
7     Did you ever write him back and say
8 that, in words or substance?
9     MR. PHILLIPS: Argumentative.
10   Objection.
11     Go ahead.
12   A.   No.
13   Q.   No. And the reason you didn't do that
14 is you wanted Kadish -- you wanted to dupe
15 Kadish, didn't you?
16   A.   No.
17     MR. PHILLIPS: Objection.
18   A.   No.
19   Q.   Did you have any involvement with
20 Hodge in the preparation of the text of this
21 letter?
22   A.   Might have discussed it on the phone.
23 I don't remember.
24   Q.   And did you discuss with him the way
25 it would be framed to make it look like he was

48 (Pages 186 to 189)