## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| THE KROGER CO., | : | Case No.: C-1-02-439 |
| | : | |
| Plaintiff, | : | Beckwith, J. |
| | : | Perelman, M.J. |
| | : | |
| v. | : | **THE KROGER CO'S MEMORANDUM IN** |
| | : | **OPPOSITION TO MALEASE FOODS** |
| | : | **CORP.'S MOTION FOR SUMMARY** |
| MALEASE FOODS CORP., | : | **JUDGMENT ON ALL CLAIMS** |
| | : | |
| Defendant. | : | |

Defendant Malease Foods Corp. has styled a filing "Cross-Motion For Summary Judgment" but it actually encompasses both a Motion for Summary Judgment and Memorandum in Opposition to Plaintiff The Kroger Co.'s ("Kroger's") Motion for Summary Judgment.

Kroger's Memorandum in Opposition to Malease Foods Corp.'s Motion for Summary Judgment incorporates Kroger's Reply in Support of its Motion for Summary Judgment by reference.

        Respectfully submitted,

        /s/ Douglas R. Dennis
        Scott D. Phillips  (0043654)
        Trial Attorney for Plaintiff
        FROST BROWN TODD LLC
        2200 PNC Center
        201 East Fifth Street
        Cincinnati, Ohio 45202
        (513) 651-6983

OF COUNSEL:
Douglas R. Dennis (0065706)
FROST BROWN TODD LLP
2200 PNC Center
201 E. Fifth Street
Cincinnati, OH 45202
(513) 651-6727

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2004, a copy of the foregoing was via electronic filing with the Court to:

| | |
|---|---|
| Gary R. Winters, Esq. | Robert W. Cinque, Esq. |
| McCaslin, Imbus & McCaslin | Cinque & Cinque |
| 900 Provident Bank Building | 845 3rd Avenue, Suite 1400 |
| 632 Vine Street | New York, NY  10022 |
| Cincinnati, OH 45202-2442 | |

   /s/ Douglas R. Dennis

CinLibrary/1388865.1