```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

The Kroger Company,            )
                               )
        Plaintiff,     )  Case No. 1:02-CV-439
                               )
  vs.                          )
                               )
Malease Food Corporation,      )
                               )
        Defendant.     )

### O R D E R

       The final pretrial conference date of July 30, 2004 and the trial date of August 16, 2004 are hereby **VACATED**. The Court will reschedule these dates as needed following its rulings on the pending motions for summary judgment (Doc. Nos. 42 & 45).

       **IT IS SO ORDERED**

Date June 30, 2004                    s/Sandra S. Beckwith
                                             Sandra S. Beckwith
                                     United States District Judge