## COUNT II

### (REQUESTS FOR PERMANENT INJUNCTIONS)

36. Kroger incorporates the foregoing paragraphs as if fully restated herein.

37. Kroger has validly exercised its option to purchase the Sites.

38. Money damages are inadequate to remedy the breach by Defendant Malease because the Sites are unique and in the best location for Kroger's industrial facilities.

39. Accordingly, Kroger is entitled to injunctive relief specifically requiring Defendant Malease to sell to Kroger the Sites.

## COUNT III

### (ACTUAL AND ANTICIPATORY BREACH)

40. Kroger incorporates the foregoing paragraphs as if fully restated herein.

41. Pursuant to the April Leases and the agreements Kroger was party to, Kroger validly exercised its right to purchase the Sites.

42. Defendant Malease has refused to acknowledge Kroger's exercise of Kroger's Purchase Options.

43. Defendant Malease's actions are in violation of the April Leases and constitute a breach of the Leases.

44. Because of Defendant Malease's breaches, Kroger has been damaged in an amount to be determined at trial.

## COUNT V

### (UNJUST ENRICHMENT)

45. Kroger incorporates the foregoing paragraphs as if fully restated herein.

46. Kroger has fulfilled its obligations under the April Leases and other agreements it was party to.