

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

03 APR 29 PM 2: 39

Kroger Company,
    Plaintiff,

Civil Action No: C-1-02-439

vs.

**CALENDAR ORDER**
(Beckwith, J.; Sherman, M.J.)

Malease Foods Corporation,
    Defendant

This case shall proceed as follows:

1. Deadline for Motion for Leave to Amend Complaint and add parties: 5/1/03

2. Discovery deadline:      2/1/04

    Deadline to identify plaintiff experts:    10/1/03
    Deadline to produce plaintiff expert reports:    10/15/03
    Plaintiff to file a Notice of Compliance within 10 days of latest above date

    Deadline to identify defendant experts:    12/1/03
    Deadline to provide defendant expert reports:    12/15/03
    Defendant to file a Notice of Compliance within 10 days of latest above date

    Parties to exchange witness lists and testimony summary:    12/15/03

3. Dispositive motion deadline:      3/1/04

4. Final Pretrial Conference before Judge Beckwith on or after 7/1/04

5. The parties will be ready for Trial before Judge Beckwith on or after 8/2/04

                                        Jack Sherman, Jr.
                                        United States Magistrate Judge

