# D

# FROST BROWN TODD LLC

2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio 45202-4182
(513) 651-6800
Facsimile (513) 651-6981
www.frostbrowntodd.com

DOUGLAS R. DENNIS
ddennis@fbtlaw.com
(513) 651-6727

October 30, 2003

**VIA HAND DELIVERY**
Mr. Paul Parmele
The Kroger Co. – Law Dept.
1014 Vine Street
Cincinnati, OH 45202

Re: The Kroger Co. v. Malease Foods Corp.

Dear Paul:

Enclosed please find copies of the Expert Report of Jonathan Libbert, his curricula vitae; the Expert Report of Scott E. Butler and James D. Price and their curricula vitas.

If you have any questions, please do not hesitate to contact me.

Sincerely,

*Douglas R. Dennis/vlo*
Douglas R. Dennis

DRD:vlo
Enclosures

CinLibrary/1340031.1

**OHIO • KENTUCKY • INDIANA • TENNESSEE**