# G

# FROST BROWN TODD LLC

DOUGLAS R. DENNIS
ddennis@fbtlaw.com
(513) 651-6727

2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio 45202-4182
(513) 651-6800
Facsimile (513) 651-6981
www.frostbrowntodd.com

February 25, 2004

**VIA OVERNIGHT DELIVERY**
Robert W. Cinque, Esq.
Cinque & Cinque, P.C.
845 Third Avenue
New York, NY 10022

Re:   *The Kroger Co., v. Malease Foods Corp. f/k/a Malese Foods Corp.*

Dear Bob:

Attached please find a set of documents pertaining to your February 13, 2004 e-mail request for copies of the documents reviewed by Jonathan D. Libbert in connection with his October 30, 2003 report.

Sincerely,

Douglas R. Dennis

DRD
CinLibrary/1373207.1

OHIO • KENTUCKY • INDIANA • TENNESSEE