# K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| The Kroger Co., | : | Case No.: 0-1-02 439 |
| | : | |
| Plaintiff, | : | Beckwith, J. |
| | : | Sherman, M.J. |
| v. | : | |
| | : | DECLARATION OF |
| Malease Foods Corp., formerly | : | LAWRENCE KADISH |
| known as Malese Foods Corp., | : | IN OPPOSITION TO KROGER |
| Defendant. | : | MOTION AND IN SUPPORT OF |
| | : | MALEASE'S MOTION FOR |
| | | SUMMARY JUDGMENT |

LAWRENCE KADISH declares under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the President, sole director and sole shareholder of Malease Foods Corp. ("Malease"). I was directly involved in the 1983 transactions between Malease, Merrill Lynch and the Balkhouse entities. I have personal knowledge of the facts herein set forth and submit this declaration in opposition to the Kroger motion and in support of Malease's motion for summary judgment.

2. I have been an owner and developer of real estate for more than 40 years. Most of the properties I own are single tenant net lease properties leased to large retail tenants such as K-mart, Winn Dixie, Safeway, Home Depot, Target, Federated Department Stores, Con Agra and Shoney's. I own such properties today in not less than 30 states in the United States.