**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| The Kroger Co., | : | Case No.: C-1-02 439 |
| | : | |
| Plaintiff, | : | Judge Beckwith |
| | : | |
| : | : | |
| | : | **DEFENDANT'S MOTION** |
| Malease Foods Corp., formerly | : | **FOR EXTENSION OF TIME** |
| known as Malese Foods Corp., | : | |
| | : | |
| Defendant. | : | |

        Pursuant to S.D. Oh. Civ. R. 7.3(a), and for the reasons set forth within the attached

memorandum, defendant, Malease Foods Corp., moves the Court for an extension of time to

respond to plaintiff's "Motion to Show Cause, or in the Alternative, for Leave to Request

Injunctive Relief" and to file a reply in support of "Defendant's Motion for Leave to File

Motion to Dismiss the Kroger Co.'s Damage Claim".

                                        Respectfully submitted,

                                        /s/ R. Gary Winters
                                        R. Gary Winters 0018680
                                        McCASLIN, IMBUS & McCASLIN
                                        Suite 900 Provident Bank Building
                                        632 Vine Street
                                        Cincinnati, OH 45202-2442
                                        (513) 421-4646 Telephone
                                        (513) 421-7929 Facsimile
                                        rgwinters@mimlaw.com

Robert W. Cinque, Esq.
Cinque & Cinque, P. C.

845 Third Avenue, Suite 1400
New York, New York 10022
Telephone #:  (212) 759-5515

Facsimile #:   (212) 759-7737
CINQUE845@aol.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| The Kroger Co., | : | Case No.: C-1-02 439 |
| | : | |
| Plaintiff, | : | Judge Beckwith |
| | : | |
| v. | : | |
| | : | **MEMORANDUM IN SUPPORT OF** |
| | : | **DEFENDANT'S MOTION** |
| Malease Foods Corp., formerly | : | **FOR EXTENSION OF TIME** |
| known as Malese Foods Corp., | : | |
| | : | |
| Defendant. | : | |

Plaintiff has responded to defendant's motion with respect to Kroger Co.'s damage claim, and has contemporaneously filed its Motion to Show Cause or in the Alternative for Leave to Request Injunctive Relief.  Defendant wishes to respond, per Rule, to both of these filings, but primary counsel for defendant, Robert Cinque, is on a long-planned two week vacation to Italy, and will not return to the United States until October 6.  Defendant respectfully requests that it be granted until October 15, 2004 to file its memorandum in opposition and reply.

Counsel for defendant has requested that plaintiff agree to this extension, and has been advised by Mr. Dennis, co-counsel for plaintiff, that Kroger will not agree to any extension, thus necessitating this motion.

Since the extension defendant seeks is only eight days with respect to its memorandum in opposition, and eighteen days with respect to its reply memorandum, defendant submits

that no party will be prejudiced, and the Court will not be prevented from expeditiously

resolving the pending motions.

Respectfully submitted,

/s/ R. Gary Winters
R. Gary Winters  0018680
McCASLIN, IMBUS & McCASLIN
Suite 900 Provident Bank Building
632 Vine Street
Cincinnati, OH  45202-2442
(513)  421-4646 Telephone
(513) 421-7929 Facsimile
rgwinters@mimlaw.com

Robert W. Cinque, Esq.
Cinque & Cinque, P. C.
845 Third Avenue, Suite 1400
New York, New York 10022
Telephone #:  (212) 759-5515
Facsimile #:  (212) 759-7737
CINQUE845@aol.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st  day of October, 2004 a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

s/ R. Gary Winters
R. Gary Winters   0018680
Attorney for Defendant
Suite 900 Provident Building
632 Vine Street
Cincinnati, OH 45202-2442
(513) 421-4646 Telephone
(513) 421-7929 Facsimile
rgarywinters@zoomtown.com