

## Frost Brown Todd LLC

ATTORNEYS
OHIO · KENTUCKY · INDIANA · TENNESSEE

SCOTT D. PHILLIPS
513.651.6983
sphillips@fbtlaw.com

August 23, 2004

**VIA FACSIMILE**
Robert W. Cinque, Esq.
Cinque & Cinque, P.C.
845 Third Avenue
New York, NY 10022

**VIA FACSIMILE**
R. Gary Winters, Esq.
McCaslin, Imbus & McCaslin
900 Provident Bank Building
632 Vine Street
Cincinnati, OH 45202-2442

Re: *The Kroger Company v. Malease Foods Corp.*
Southern District of Ohio Court Case No.: C-1-02-439

Dear Bob and Gary:

Following up Judge Beckwith's Order regarding Summary Judgment in the above-referenced case, I would like to schedule the closing on the three properties subject to the purchase options as soon as possible. The Kroger Company would like a closing date of October 1, 2004 and cooperation with updating the title information, should such cooperation become necessary.

With respect to funds that would have been due to Mr. Kadish at the closing had he conveyed the property on time in April 2003, Kroger will deposit those funds in escrow with the Clerk of Court for the Southern District of Ohio pending the outcome of the damages trial, which has yet to be set.

Please acknowledge your acceptance of this schedule for the closing no later than August 30, 2004. Call or write if you have any questions.

Sincerely,

Scott D. Phillips

SDP:vlo
cc: Douglas R. Dennis, Esq.
W. Russell Wilson, Esq.
Paul Parmele, Esq. (*via hand delivery*)

CinLibrary/1427731.1

201 East Fifth Street, Suite 2200    Cincinnati, Ohio 45202    513.651.6800 · 513.651.6981 fax    www.frostbrowntodd.com



EXHIBIT A