# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| The Kroger Co., | Case No.: C-1-02 439 |
| Plaintiff-Appellee | Judge Beckwith |
| Malease Foods Corp., formerly known as Malese Foods Corp., | **NOTICE OF APPEAL** |
| Defendant-Appellant | |

Notice is hereby given that Malease Foods Corp., defendant in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from this Court's Order Granting Plaintiff's Motion to Show Cause or in The Alternative to Leave for Request Injunctive Relief entered in this action on the 23rd day of November, 2004.

/s/ Gary Winters
R. Gary Winters  0018680
McCASLIN, IMBUS & McCASLIN
Suite 900 Provident Bank Building
632 Vine Street
Cincinnati, OH  45202-2442
(513) 421-4646 Telephone
(513) 421-7929 Facsimile
rgwinters@mimlaw.com

Robert W. Cinque, Esq.
Cinque & Cinque, P. C.
845 Third Avenue, Suite 1400
New York, New York 10022
Telephone #:  (212) 759-5515
Facsimile #:   (212) 759-7737
CINQUE845@aol.com

*Attorneys for Defendant-Appellant*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was mailed this _2_ day of ___Dec___, 2004, to:

Douglas R. Dennis
FROST BROWN TODD
201 East Fifth Street, Suite 2200
Cincinnati, OH 45202
*Attorney for Plainiff-Appellee*

*[signature]*
R. Gary Winters    0018680
Attorney for Defendant
Suite 900 Provident Building
632 Vine Street
Cincinnati, OH 45202-2442
(513) 421-4646 Telephone
(513) 421-7929 Facsimile
rgarywinters@zoomtown.com