```
Thu Dec  2 15:11:58 2004

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.    100 424938
Cashier        mcl

Check Number:  035723

DO Code    Div No
 4651        1

Sub Acct Type Tender      Amount
1:086900  N      2        105.00
2:510000  N      2        150.00

Total Amount        $     255.00

MCCASLIN IMBUS & MCCASLIN

NOTICE OF APPEAL 1:02CV439




Thu Dec  2 15:11:58 2004

Check No.  035723
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4651
```