# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THE KROGER CO., | : | Case No.: C-1-02-439 |
| | : | |
| Plaintiff, | : | Beckwith, J. |
| | : | |
| v. | : | **AFFIDAVIT OF EDWARD N.** |
| | : | **WALDVOGEL** |
| | : | |
| MALEASE FOODS CORP., | : | |
| | : | |
| Defendant. | : | |

State of Ohio        :
                     : ss
County of Hamilton   :

I, Edward N. Waldvogel, being first duly cautioned and sworn, say that I am Vice President—Capital Management of The Kroger Co. ("Kroger") and state the following:

(1) The June 29, 2001 Purchase Agreement between Kroger and Balkhouse, attached as Exhibit I to Kroger's Motion for Summary Judgment and included in the Memorandum Regarding Supersedeas Bond as Exhibit B is an authentic business document of Kroger.

(2) The April 12, 2002 Agreement between Kroger and HEB Grocery Company, LP, ("HEB") attached as Exhibit C to the Memorandum Regarding Supersedeas Bond is an authentic business document of Kroger.

Further, affiant sayeth naught.

_____
Edward N. Waldvogel

Sworn to in and subscribed in before me, a Notary Public, this 3rd day of December, 2004.

_____
Notary Public

BRENDA R. ANDES
Notary Public, State of Ohio
My Commission Expires June 21, 2008