# Curricula Vitae of Jonathan D. Libbert, CPA, CMA, CFE

**EXPERIENCE**

Over thirty years of diversified experience with national and regional CPA and consulting firms, as well as industrial experience. Substantial individual experience in the financial institutions, construction, manufacturing, professional service, health care, retail and litigation support areas. Experience and knowledge covers the following manufacturing industries: steel, paper, plastics, chemical, various auto supply, foundry and metal working.

**CERTIFICATION AND LICENSURE**

| | |
|---|---|
| 2000 | *Certified Public Accountant - CPA* - Tennessee, No. 16759 |
| 1995 | *Certified Fraud Examiner - CFE* |
| 1977 | *Certified Public Accountant - CPA* - Indiana, No. 4868R |
| 1976 | *Certified Management Accountant - CMA* |
| 1971 | *Certified Public Accountant - CPA* - Ohio, No. 6923 |

**EMPLOYMENT**

| | |
|---|---|
| 1993/ | *Johnson, Cambra & Libbert, Inc.* - Shareholder |
| 1988/1993 | *Reboul, Johnson & Henderson* - Associate |
| 1984/88 | *J. W. Harris Company* - Corporate Controller |
| 1978/84 | *Stop 'N Go Foods/King Kwik Minit Market* - Controller |
| 1974/78 | *Batesville Casket Co./Div. of Hillenbrand Industries* - Asst. Controller |
| 1968/1974 | *Ernst & Ernst (Ernst & Young), CPA's* - Auditor, Consultant, Supervisor |

**EDUCATION**

| | |
|---|---|
| 1969 | University of Cincinnati, Bachelor of Business Administration - Major in Accounting |

**PROFESSIONAL MEMBERSHIPS AND ACTIVITIES**

*American Institute of Certified Public Accountants*

*Ohio Society of Certified Public Accountants*
    Past Member of Litigation Services Group

*Indiana Association of Certified Public Accountants*

*National Society of Professional Insurance Investigators*
    Treasurer - National Organization
    Past Treasurer - Ohio Chapter

*Cincinnati Claims Association*
    Treasurer

*Association of Certified Fraud Examiners*

*American College of Forensic Examiners*

**TEACHING**

Taught various accounting aspects of insurance claims handling for Ohio Casualty and Travelers Insurance in Cincinnati, Chicago, Hartford and San Antonio.

**TESTIMONY AND EXPERT WITNESS**

I have testified and been named expert witness numerous times since 1988. I have also been named as an appraiser for insurance claims approximately 10 times.