Appendix B---Joint Exhibits

JX1 – Lease between Balkhouse Properties and Kroger dated April 1, 1983.