UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE KROGER CO. | CASE NO. C-1-02-439 |
| Plaintiff | |
| | Judge Beckwith |
| vs | Mag. Judge Sherman |
| MALEASE FOODS CORP., formerly known as MALESE FOODS CORP. | **MOTION TO EXCUSE LAWRENCE KADISH FROM ATTENDANCE AT FINAL PRETRIAL CONFERENCE** |
| Defendant | |

For the reasons set forth herein, defendant moves the Court to excuse Lawrence Kadish from personal attendance at the Final Pretrial Conference of this matter on February 25, 2005.

                                                                  Respectfully submitted,

                                                           /s/ R. Gary Winters
                                                        R. Gary Winters 0018680
                                                        Attorney for Defendant
                                                        McCASLIN, IMBUS & McCASLIN
                                                        Suite 900 Provident Building
                                                        632 Vine Street
                                                        Cincinnati, Ohio 45202-2442
                                                        Telephone No.: 513-421-4646
                                                        Telefax No.:    513-421-7929
                                                        Email: rgwinters@mimlaw.com

OF COUNSEL:
Robert W. Cinque, Esq.
CINQUE & CINQUE, P. C.
845 Third Avenue, Suite 1400
New York, New York 10022
Telephone No.: 212-759-5515
Telefax No.:    212-759-7737
Email:       CINQUE845@aol.com

**MEMORANDUM**

Lawrence Kadish, owner of Malease Foods Corp. was recently taken ill and hospitalized while visiting in Israel. Mr. Kadish has now returned to United States, but his doctors have advised against further travel until he has more fully recovered from his illness. Defense counsel fear that his recovery will not be sufficiently advanced by Friday, February 25, 2005, and request that Mr. Kadish be permitted to participate in the Pretrial Conference by telephone. Should the Court wish to have a letter from Mr. Kadish's physician regarding his condition and the limitations imposed upon him, counsel will be happy to provide it.

Respectfully submitted,

/s/ R. Gary Winters
R. Gary Winters 0018680
Attorney for Defendant
McCASLIN, IMBUS & McCASLIN
Suite 900 Provident Building
632 Vine Street
Cincinnati, Ohio 45202-2442
Telephone No.: 513-421-4646
Telefax No.:    513-421-7929
Email: rgwinters@mimlaw.com

OF COUNSEL:
Robert W. Cinque, Esq.
CINQUE & CINQUE, P. C.
845 Third Avenue, Suite 1400
New York, New York 10022
Telephone No.: 212-759-5515
Telefax No.:    212-759-7737
Email:          CINQUE845@aol.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the    22nd   day of February, 2005, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      s/ R. Gary Winters
      R. Gary Winters   0018680
      Attorney for Defendants
      Suite 900 Provident Building
      632 Vine Street
      Cincinnati, OH 45202-2442
      Telephone No.: 513-421-4646
      Telefax No.:    513-421-7929
      Email: rgwinters@mimlaw.com