UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kroger Company,
    Plaintiff(s),

    v.                           Case No. 1:02cv0439
                                      (Beckwith, J.; Hogan, M.J.)

Malease Foods Corporation,
    Defendant(s).

**NOTICE**

    Please take notice that the above-captioned case has been set for Jury Voir Dire before the Honorable Timothy S. Hogan on:

**Friday, March 11, 2005 at 2:00 pm**

Courtroom 708, Potter Stewart US Courthouse Building, 100 East Fifth Street, Cincinnati, Ohio.

                                         Timothy S. Hogan
                                         United States Magistrate Judge

                                         s/Arthur W. Hill
                                         Courtroom Deputy

cc:    All Counsel
awh    March 2, 2005