UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

### CIVIL MINUTES - JURY TRIAL

KROGER COMPANY

    Plaintiff,
-vs-

Civil Case No. 1:02cv439

MALEASE FOODS CO.
    Defendant.

-----------------------------------------------------------------

Court Personnel Present:

| | |
|---|---|
| UNITED STATES MAGISTRATE JUDGE | TIMOTHY S. BLACK |
| Law Clerk | Pat Smith |
| Court Reporter | Betty Schwab |
| Courtroom Deputy | Jan Lahley |

**COUNSEL PRESENT:**
(Plaintiff)                    Scott Phillips and Doug Dennis

(Defendant)                    Gary Winters

**DOCKET ENTRY:**

Case called for voir dire. Jury selected.

DATE:     3/14/05
TIME:     10 am — 11:30