## CIVIL MINUTE SHEET

**CASE NUMBER:** C-1-02-439  **DATE:** Wed, March 16, 2005
**TITLE:** Kroger Co. v Malease Foods
**RE:** Jury Trial
(8:46 - 12:00; 1:00 - 3:31)

**1ST DAY**

**Honorable Sandra S. Beckwith**
**Courtroom Deputy:** Mary Brown
**Law Clerk:** Patrick Smith
**Court Reporter:** Mary Ann Ranz

| Attorney for Plaintiff(s) | Attorney for Defendant(s) |
|---|---|
| Douglas Dennis | Robert Cinque |
| Scott Phillips | Gary Winters |
| Paul Parmele - Co. Rep. | |

### WITNESSES

1) Edward Waldvogel (9:51 - 11:36)
2) Jonathan Libbert (11:36 - 11:48)

### PROCEEDINGS

Prelim. Matters: (8:46-9:00) Δ's mot. for leave to file MTD - DENIED; Doc 66 - DENIED; Π's sanctions, Δ's mot in limine is DENIED.

Preliminary instructions to the jury by the Court. Opening statements presented (Π - 9:29-9:35; Δ - 9:35-9:48). Π calls witnesses Waldvogel & Libbert. Π rests - exhibits submitted. Δ moves for judgment as a matter of law - taken under submission. Closing arguments (Π 1:31-1:36; Δ 1:36-2:00; Π 2:00-2:04). Final instructions to the jury by the Court.
Jury begins deliberations: 2:26 PM.
Jury returns with verdict @ 3:25 PM for Π in the amount of $1,125,000. Written order to be filed on Δ's oral motion for judgment.