AO 187 (Rev. 4/82) ⊕

## EXHIBIT AND WITNESS LIST

| Kroger Co. | vs. Wallace Foods | DISTRICT COURT |
|---|---|---|
| **PLAINTIFF'S ATTORNEY** Douglas Dennis / Scott Phillips | **DEFENDANT'S ATTORNEY** Robert Cingue / Gary Winters | **DOCKET NUMBER** C1-02-439 / **TRIAL DATE(S)** 3/16/05 |
| **PRESIDING JUDGE** Sandra Beckwith | **COURT REPORTER** Mary Ann Ranz | **COURTROOM DEPUTY** Mary Brown |

| PLF. NO. | DEF. NO. | DATE OFFERED SHOWN | Marked OFFERED | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/16/05 | 3/16/05 | No Obj. Adm. | (Douglas) Waldvogel |
| 2 | | 3/16/05 | 3/16/05 | Obj. Adm. | Waldvogel - Agreement For Property To H.E. Butt SALE OF (Cinque) |
| | A | | | | Waldvogel - Pg. 3- 202 + 203 Share Price (Cinque) |
| | B | | | | Waldvogel - Pg 8 (Cinque) |
| | | | | | Libbert - Pg. 11 Line 11 - deposition |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | **Summary of Exhibits Admitted** |
| | | | | | |
| | | | | | Plaintiff: I, II |
| | | | | | |
| | | | | | Defendant: None |
| | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages