**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| The Kroger Co., | : | Case No.: 0-1-02 439 |
| | : | |
| Plaintiff, | : | Beckwith, J. |
| | : | Sherman, M.J. |
| v. | : | |
| | : | **MEMORANDUM OF MALEASE** |
| Malease Foods Corp., formerly | : | **FOODS CORP. IN OPPOSITION** |
| known as Malese Foods Corp., | : | **TO THE KROGER CO.'S MOTION** |
| | : | **FOR LEAVE TO AMEND ITS MOTION** |
| Defendant. | : | **TO SHOW CAUSE AND FOR** |
| | | **SANCTIONS** |

**MEMORANDUM IN OPPOSITION**

**I.   Introduction**

As shown in Malease's principal memorandum in opposition to Kroger's motion to show cause, Kroger has proceeded upon an entirely incomplete and misleading recitation of the history of the dealings between the parties in arranging for a closing pursuant to this Court's December 7, 2004 Order.

The immutable documentary evidence collectively annexed as Exhibit "A" to Malease's principal memorandum demonstrates the utter ludicrousness of Kroger's position. These exhibits show that since the entry of this Court's December 7, 2004 Order directing a conveyance, Malease has at all times been and continues to be ready to close in compliance with that Order. Malease's only objection was to Kroger's manifestly improper request that the purchase price be

paid into Court and that Malease sign inaccurate and incomplete transaction documents which on their face are false and misleading.

Malease acknowledges its obligation to comply with this Court's Order and it is prepared to do so.  Malease's only request is that the assignment documents accurately reflect the fact that they are being executed pursuant to a Court Order which is presently the subject of an appeal before the United States Court of Appeals for the Sixth Circuit.  As a matter of fundamental fairness, a prospective purchaser should know that Malease is executing the assignments under compulsion of a Court Order which is the subject of an appeal.  This has been Malease's position for the past three months, and it has never changed.

Kroger now comes before this Court with an entirely fabricated contempt argument calculated to obliterate Lawrence Kadish's fundamental right to due process of law in plain violation of the constitutional principles set forth in <u>Krutowsky</u> v. <u>Simonson</u>, 109 Ohio App. 3d 367 (Summit app. 1996).  Mr. Kadish is not a party to this action, and the Court does not have jurisdiction over his person.  There is no claim in the complaint against him, and he has never been served with process as required by F.R.C.P. 4.  Conspicuously, Kroger cites no precedent for the absurd relief it seeks, and of course none exists.

Nothing in the December 7, 2004 Order gives Kroger the right to dictate that the purchase price is to be paid into Court.  Similarly, nothing in that Order allows

Kroger to unilaterally put forth a set of inaccurate and misleading closing documents and then demand that Malease sign them in the exact form presented by Kroger under pain of contempt.

Malease accepts Kroger's calculation of the purchase price and continues to be ready, willing and able to close upon payment of this sum **provided** that the assignment document fairly give notice to a prospective purchaser that Malease is executing them with full reservation of rights with respect to the appeal presently pending in the Sixth Circuit.

**II.   Conclusion**

The application by Kroger to amend its motion to show cause is entirely without foundation both in fact and in law and should be denied.

Respectfully submitted,

 /s/ R. Gary Winters
R. Gary Winters 0018680
Attorneys for Defendant
McCASLIN, IMBUS & McCASLIN
Suite 900
Provident Bank Building
632 Vine Street
Cincinnati, Ohio 45202-2442
Telephone No.: 513-421-4646
Telefax No.:    513-421-7929
Email:  GWinters@mimlaw.com

OF COUNSEL:

Robert W. Cinque, Esq.
CINQUE & CINQUE, P. C.
845 Third Avenue, Suite 1400
New York, New York 10022
Telephone No.: 212-759-5515
Telefax No.:    212-759-7737
Email:          CINQUE845@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of April, 2005, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            s/ R. Gary Winters
                                            R. Gary Winters   0018680
                                            Attorney for Defendants
                                            Suite 900 Provident Building
                                            632 Vine Street
                                            Cincinnati, OH 45202-2442
                                            Telephone No.: 513-421-4646
                                            Telefax No.:    513-421-7929
                                            Email: rgwinters@mimlaw.com