**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**The Kroger Company,**
    **Plaintiff**

-vs-                          Case No.   1:02-cv-439

**Malease Food Corporation,**
    **Defendant**

## JUDGMENT

        **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**        **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED that the jury's damage award in favor of plaintiff be remitted to $400,000.**

Date:   April 25, 2005                                  James Bonini, Clerk

                                                             By:  s/Mary C. Brown
                                                                      Mary C. Brown, Deputy Clerk