IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| The Kroger Company, | ) |
| Plaintiff, | ) Case No. 1:02-CV-439 |
| vs. | ) |
| Malease Food Corporation, | ) |
| Defendant. | ) |

AMENDED ORDER

On April 25, 2005, the Court entered an order (Doc. No. 87) remitting the jury's verdict in favor of Plaintiff The Kroger Company to $400,000. The order should have stated that the jury's verdict was remitted to $440,000. Therefore, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, the Court enters this amended order to correct that error. Accordingly, the Court **ORDERS** that the jury's damage award in favor of Plaintiff be remitted to $440,000.

**IT IS SO ORDERED**

Date May 2, 2005                    s/Sandra S. Beckwith
                                    Sandra S. Beckwith, Chief Judge
                                    United States District Court