# EXHIBIT F

```
 1                UNITED STATES DISTRICT COURT
 2                 SOUTHERN DISTRICT OF OHIO
 3                     WESTERN DIVISION
 4
 5
     THE KROGER CO.,                    )
 6                                      )
                    Plaintiff,          )  Case No.
 7                                      )
                 vs.                    )  0-1-02 439
 8                                      )
     MALEASE FOODS CORP., formerly      )
 9   known as MALESE FOODS CORP.,       )
                                        )
10                  Defendant.          )
     -----------------------------------)
11
12
13
14         DEPOSITION OF LAWRENCE KADISH
15              Old Westbury, New York
16           Wednesday, January 21, 2004
17
18
19
20
21
22
23
24   Reported by:
     KRISTIN KOCH, RPR
25   JOB NO. 731
```

Page 6

Kadish

1 Corporation is?
2 A. It's a Delaware corporation formed in
3 1983 that is the record owner of a master lease
4 covering the three properties in what's known as
5 the Balkhouse transaction, properties being in
6 San Marcos, Texas; Bowling Green, Kentucky; and
7 Murfreesboro, Tennessee.
8 Q. Does Malease own any other assets
9 other than those that you just described?
10 A. Not that I recall.
11 Q. Who are the shareholders or owners of
12 Malease?
13 A. Lawrence Kadish.
14 Q. That's you; right?
15 A. Yes.
16 Q. You are the only shareholder?
17 A. I believe so.
18 Q. Who are the officers and directors?
19 A. That would be Irwin Reicher,
20 R-E-I-C-H-E-R, myself. I don't recall the other
21 names right now.
22 Q. Who is Irwin Reicher?
23 A. He is an attorney in New York City.
24 Q. My understanding is based on some

Page 7

Kadish

1 papers I have read in this case that what you
2 referred to as the Balkhouse transaction, which
3 involved the master lease of the three
4 properties you just mentioned, that you have
5 done similar type transactions; is that fair?
6 A. Yes.
7 Q. Can you tell me or describe to me the
8 other transactions that are somewhat similar to
9 the ones that you described with respect to the
10 Balkhouse transaction?
11 A. Well, in 1983 the Balkhouse
12 transaction was part of a three-transaction -- a
13 three groups of properties transaction followed
14 up by a related 1984 transaction involving three
15 other groups of properties.
16 Q. Three other groups or one group with
17 three properties in it?
18 A. Well, in the -- I'm sorry.
19 Q. That's okay. I am just trying to get
20 a sense of how many deals like this you have
21 done that is similar to the one that Kroger was
22 involved in.
23 A. Well, the transactions were not all
24 the same, but as far as the basic element of the

Page 8

Kadish

1 transaction, which was the master lease,
2 deferred rent paid by the operating tenant, in
3 that respect they were all the same.
4 Q. Besides the Kroger and the Balkhouse
5 ones, there were two other sets; is that
6 correct?
7 A. There were three in 1983 followed by
8 three groups of properties involving master
9 leases with deferred rent in 1984, but they were
10 all contemplated in 1983 and agreed to in 1983.
11 Q. So one of those is the one that you
12 described as the Balkhouse, which involved the
13 three Kroger warehouses; correct?
14 A. Correct.
15 Q. What were the other ones?
16 A. Well, in 1983 there was the Aztex
17 transaction, which involved eighteen
18 K-Mart/Furrs Cafeterias. K-Mart had gone into
19 the cafeteria business and taken over this
20 company Furrs or merged with it, I don't recall.
21 And the other transaction was an office building
22 in Houston, Texas leased out to National
23 Convenience Stores, who was the corporate
24 headquarters, and that transaction was known as

Page 9

Kadish

1 the Pennington transaction. The other three
2 transactions which closed in 1994 but were --
3 excuse me, in 1984 but were committed for in '83
4 were the Hanibal transaction, which involved
5 fifteen Safeway stores, the Lynx transaction,
6 which consisted of twelve K-Mart/Furrs
7 cafeterias and two K-Mart distribution centers,
8 and the Kansiana transaction, which consisted of
9 twelve Kroger supermarkets.
10 Q. Is that it?
11 A. When you say "it" --
12 Q. Does that summarize the type of
13 transactions that you were involved in?
14 A. That are similar to the Balkhouse,
15 yes.
16 Q. And you started to describe how these
17 transactions worked and, to be honest with you,
18 Mr. Kadish, I have been through these papers
19 several times now, and the more I read, the more
20 confused I get, so it actually would be helpful
21 to me if you could explain how the transaction
22 worked or how it was supposed to work with
23 respect to Balkhouse. Can you walk me through
24 that?