UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THE KROGER CO., | : | Case No.: C-1-02-439 |
| | : | |
| Plaintiff-Appellee/ Cross-Appellant, | : | Beckwith, J. |
| | : | |
| v. | : | **THE KROGER CO'S NOTICE OF CROSS-APPEAL** |
| | : | |
| MALEASE FOODS CORP., | : | |
| | : | |
| Defendant-Appellant/ Cross-Appellee. | : | |

The Kroger Co. gives notice of its cross-appeal to the United States Court of Appeals for the Sixth Circuit from this Court's judgment on Amended Order of May 2, 2005 remitting the jury's damage award to $440,000. This cross-appeal is filed timely under F.R.A.P. 4(a)(3).

Respectfully submitted,

/s/ Scott D. Phillips
Scott D. Phillips  (0043654)
Trial Attorney for Plaintiff
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
(513) 651-6983

OF COUNSEL:

Douglas R. Dennis (0065706)
FROST BROWN TODD LLP
2200 PNC Center
201 E. Fifth Street
Cincinnati, OH 45202
(513) 651-6727

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion and Memorandum in Support has been sent by ordinary United States mail, postage prepaid on this 3rd day of June, 2005 to:

R. Gary Winters, Esq.  
McCaslin, Imbus & McCaslin  
900 Provident Bank Building  
632 Vine Street  
Cincinnati, OH 45202-2442  

Robert W. Cinque, Esq.  
Cinque & Cinque  
845 3rd Avenue, Suite 1400  
New York, NY  10022  

/s/ Scott D. Phillips

CinLibrary 0046906.0505960  1512078v.1