```
Fri May 27 14:22:07 2005

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.    100 426929
Cashier         ml1

Check Number: 042552

DO Code    Div No
4661        1

Sub Acct Type Tender      Amount
1:08690L   N     2        105.00
2:510000   N     2        150.00

Total Amount          $   255.00

MCCASLIN, IMBUS & MCCASLIN


NOTICE OF APPEAL 1:02CV439




Fri May 27 14:22:07 2005

Check No.  042552
Amount$   255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```