```
Wed Jun  8 14:52:53 2005

    UNITED STATES DISTRICT COURT
        CINCINNATI, OH

Receipt No.   10С 427054
Cashier         mcl

Check Number:  274476

DO Code    Div No
 4661        1

Sub Acct Type Tender     Amount
1:086500  N     2         105.00
2:510000  N     2         150.00

Total Amount      $       255.00

FROST BROWN TODD

NOTICE OF APPEAL 1:02CV439



Wed Jun  6 14:52:53 2005

Check No.  274476
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```