**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| THE KROGER CO., | : | Case No.: C-1-02-439 |
| | : | |
| Plaintiff, | : | Beckwith, J. |
| | : | |
| | : | |
| v. | : | **THE KROGER CO'S WITHDRAWAL OF** |
| | : | **ITS AMENDED MOTION TO SHOW** |
| | | **CAUSE AND FOR SANCTIONS** |
| | : | |
| MALEASE FOODS CORP., | : | |
| | : | |
| Defendant. | : | |
| | : | |

The Kroger Co.'s ("Kroger") previously moved this Court to require Defendant Malease

Foods Corp. ("Malease") to show cause why they refused to obey this Court's Order in this case

dated December 7, 2004 and then later received permission to amend that Motion.  Through this

filing, Kroger withdraws these Motions having received the relief sought in those Motions

voluntarily from the Defendant.


                                                    /s/ Scott D. Phillips
                                                    Scott D. Phillips  (0043654)
                                                    Trial Attorney for Plaintiff
                                                    FROST BROWN TODD LLC
                                                    2200 PNC Center
                                                    201 East Fifth Street
OF COUNSEL:                                         Cincinnati, Ohio 45202
                                                    (513) 651-6983

Douglas R. Dennis (0065706)
FROST BROWN TODD LLP
2200 PNC Center
201 E. Fifth Street
Cincinnati, OH 45202
(513) 651-6727

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Withdrawal has been sent by ordinary

United States mail, postage prepaid on this 10th day of June, 2005 to:


R. Gary Winters, Esq.                          Robert W. Cinque, Esq.
McCaslin, Imbus & McCaslin                     Cinque & Cinque
900 Provident Bank Building                    845 3rd Avenue, Suite 1400
632 Vine Street                                New York, NY  10022
Cincinnati, OH 45202-2442


                                        /s/ Scott D. Phillips


CinLibrary 0046906.0505960  1514800v.1