Case No: 05-3727

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

FILED
JAMES BONINI
CLERK

05 SEP 15 PM 4:26

ORDER

FILED

SEP 13 2005

LEONARD GREEN, Clerk

THE KROGER COMPANY

    Plaintiff - Appellee Cross-Appellant

v.

MALEASE FOODS CORPORATION

    Defendant - Appellant Cross-Appellee

1:02cv439
(Beckwith)

Upon consideration of the stipulation of the parties to voluntarily dismiss the cross appeal (05-3727) herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the stipulation is **GRANTED** and the appeal is dismissed. Case number 05-3725 will proceed on appeal.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT.
Leonard Green, Clerk

*Leonard Green/NB*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By_____ Deputy Clerk