UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 04-4512

THE KROGER COMPANY,
Plaintiff - Appellee,

v.

MALEASE FOODS CORP.,
Defendant - Appellant.



FILED
FEB 0 9 2006
LEONARD GREEN, Clerk

Before: MOORE, ROGERS, and McKEAGUE, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the denial of the motion to dismiss under Fed. R. Civ. P. 12(b)(2) by defendant Malease Foods Corporation is REVERSED, and the case is REMANDED to the district court for an entry of an order of DISMISSAL, without prejudice, for lack of personal jurisdiction. IT IS FURTHER ORDERED that on REMAND, the order granting the motion to show cause by plaintiff The Kroger Company, or in the alternative for leave to request injunctive relief must be VACATED due to the district court's lack of jurisdiction over Malease Foods Corporation.

ENTERED BY ORDER OF THE COURT

_____
Leonard Green, Clerk