```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                      WESTERN DIVISION
```

| | |
|---|---|
| The Kroger Company, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:02-CV-439 |
| | ) |
| vs. | ) |
| | ) |
| Malease Food Corporation, | ) |
| | ) |
| Defendant. | ) |

O R D E R

Pursuant to the mandate from the Court of Appeals in The Kroger Co. v. Malease Food Corp., __F.3d__, No. 04-4512, 2006 WL 300432 (6th Cir. Feb. 9, 2006), this Court's order of November 23, 2004 (Doc. No. 60) directing Defendant Malease Food Corporation to show cause is hereby **VACATED**. The complaint is **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction over Malease Food Corporation. **THIS CASE IS CLOSED.**

**IT IS SO ORDERED**

Date March 8, 2006                           s/Sandra S. Beckwith
                                       Sandra S. Beckwith, Chief Judge
                                          United States District Court