**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**The Kroger Company,**
    **Plaintiff**

-vs-                                              Case No.   1:02-cv-439

**Malease Food Corporation,**
    **Defendant**

# JUDGMENT

      **Jury Verdict.**     This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**     This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED that** this Court's order of November 23, 2004 is VACATED. The complaint is dismissed without prejudice for lack of personal jurisdiction over defendant.

Date:   March 8, 2006                                        James Bonini, Clerk

                                                                       By:   s/Mary C. Brown
                                                                            Mary C. Brown, Deputy Clerk