# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

---

### No: 04-4512

---

Filed: March 7, 2006

THE KROGER COMPANY

      Plaintiff - Appellee

  v.

MALEASE FOODS CORPORATION

      Defendant - Appellant

1:02CV439

## MANDATE

Pursuant to the court's disposition that was filed 2/9/06 the mandate for this case hereby issues today.

A True Copy.

COSTS:      NONE           Attest:

Filing Fee ..........$
Printing ............$

      Total ........$         *Nancy Barnes*

                     Deputy Clerk

FILED
JAMES BONINI
CLERK

06 MAR -9 PM 12:41