No. 05-3725

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
APR 0 5 2006
LEONARD GREEN, Clerk

| | |
|---|---|
| THE KROGER COMPANY, | ) |
| Plaintiff-Appellee, | ) |
| v. | ) ORDER |
| MALEASE FOODS CORP., formerly known as Malese Foods Corp. | ) |
| Defendant-Appellant. | ) |

1:02cv439

## ORDER REMANDING CASE TO THE DISTRICT COURT FOR ENTRY OF DISMISSAL AS MOOT

On February 6, 2006, this court remanded *Kroger Co. v. Malease Foods Corp.*, No. 04-4512, to the district court for an entry of dismissal for lack of personal jurisdiction over the defendant, Malease Foods Corporation. Pursuant to the ruling in that case, the instant appeal is also remanded to the district court for an entry of dismissal as moot.

IT IS HEREBY ORDERED that *Kroger v. Malease*, No. 05-3725, is remanded to the district court for an entry of DISMISSAL as MOOT.

ENTERED BY ORDER OF THE COURT.

Leonard Green, Clerk.

A TRUE COPY
Attest: LEONARD GREEN, Clerk
By _____ Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

NANCY J. BARNES
(513) 564-7022
(FAX) 564-7096
www.ca6.uscourts.gov

Filed: April 5, 2006

Scott D. Phillips
Frost, Brown & Todd
201 E. Fifth Street
Suite 2200 PNC Center
Cincinnati, OH 45202-4182

Douglas R. Dennis
Frost, Brown & Todd
201 E. Fifth Street
Suite 2200 PNC Center
Cincinnati, OH 45202-4182

R. Gary Winters
McCaslin, Imbus & McCaslin
632 Vine Street
Suite 900 Provident Bank Building
Cincinnati, OH 45202

RE: 05-3725
Kroger Co vs. Malease Foods Corp
District Court No. 02-00439

Enclosed is a copy of an order which was entered today in the above-styled case.

(Ms.) Nancy Barnes
Case Manager

Enclosure

cc:
Honorable Sandra S. Beckwith
Mr. James Bonini