IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| The Kroger Company, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:02-CV-439 |
| | ) |
| vs. | ) |
| | ) |
| Malease Food Corporation, | ) |
| | ) |
| Defendant. | ) |

O R D E R

Pursuant to the mandate of the Court of Appeals dated April 5, 2006, Defendant Malease Food Corporation's notice of appeal (Doc. No. 95) is **DISMISSED AS MOOT.**

**IT IS SO ORDERED**

Date April 6, 2006              s/Sandra S. Beckwith
                            Sandra S. Beckwith, Chief Judge
                              United States District Court